**Order entered July 24, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00832-CV

## IN RE SOUTHWEST LABORATORIES, LLC; INTUIT DIAGNOSTIC LABORATORY MANAGEMENT, LLC; B.M. MEDICAL MANAGEMENT SERVICE, LLC; STRATEGIC ANCILLARY SERVICES, LLC; AND MUNEAR ASHTON KOUZBARI, Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-12748**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.


/s/     ROBERT M. FILLMORE
        JUSTICE